

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 16, 2024

<u>**BY ECF**</u>

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   **Re:**  ***United States v. Allan Vernon*, 18 Cr. 214 (PAE)**

Dear Judge Engelmayer:

  The Government respectfully submits this letter to memorialize the bail conditions imposed on defendant Allan Vernon at the violation of supervised release conference held on February 15, 2024. The conditions ordered by the Court were that the defendant shall:

- Be placed on home detention, monitored by Global Positioning Satellite ("GPS") technology, as a condition of bail.
- Be restricted to his residence at all times, except that he may leave for purposes of employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations, or other activities pre-approved by the Probation Department.
- Attend twice-weekly drug treatment programs, as directed by the Probation Department.
- Be provided a schedule for childcare needs as discussed on the record in Court and as pre-approved by the Probation Department.

The Probation Department has also requested that the Court order that the defendant:

- Shall contribute to the costs of monitoring, based on his ability to pay, as determined by the Probation Department; and
- Shall disclose all financial information and documents to the Probation Department to assess his ability to pay.

Page 2

- Other than as set forth above, the previously imposed conditions of supervised release remain in effect, to the extent consistent with the above.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   _Ehanft_____

Elizabeth Hanft
Assistant United States Attorney
Southern District of New York
(212) 637-2334

cc: Eylan Schulman, Esq.

The Court thanks Government counsel for this letter. For avoidance of doubt, the recitation of bail conditions set out in the Government's letter accurately reflects the conditions imposed by the Court at the February 15, 2024 conference.

2/20/2024

SO ORDERED.

_Paul A. Engelmayer_____

PAUL A. ENGELMAYER
United States District Judge