UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ALLAN VERNON,

Defendant.

18-CR-214 (PAE)

ORDER ON MOTION

PAUL A. ENGELMAYER, District Judge:

The Court hereby expands the facilities to which it recommends that the defendant be designated. In addition to FCI Fort Dix and FCI Otisville (Dkt. No. 47), the Court recommends that the BOP designate the defendant to FCI Danbury. The Court asks the Government to furnish the Bureau of Prisons with a copy of this order. The Clerk of Court is requested to terminate the motion at Dkt. No. 48.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 20, 2024
     New York, New York